Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Christine Coleman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE COLEMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**TRANS UNION LLC;**<br>**EXPERIAN INFORMATION SOLUTIONS,**<br>**INC; and**<br>**PIONEER CREDIT RECOVERY, INC.**<br><br>    Defendants. | Case No. 07-CV-02543-GEB-KJM<br><br>**STIPULATION & ORDER TO MODIFY THE DATES FOR DISCLOSURE OF EXPERTS AND THEIR REPORTS** |

   Whereas, the Court's scheduling order of March 18, 2008, calls for the parties to disclose their experts and to submit their initial reports on August 22, 2008, and for rebuttal disclosures to be submitted on September 22, 2008;

   Whereas, the parties have stipulated to participate in this Court's Voluntary Dispute Resolution Program and are reasonably confident the case will resolve at mediation;

   Whereas, the parties would like to avoid the expense of retaining experts and paying for the preparation of their reports;

   IT IS HEREBY STIPULATED, that the new date for disclosure of experts and submission of their reports will be November 24, 2008, and the new date for rebuttal expert disclosure will be December 29, 2008.

Stip and Order re Expert Deadlines in *Coleman v Trans Union LLC, No* 2:07-cv-02543-GEB KJM     1

1  Dated:  August 7, 2008.

2    /s/Mark F. Anderson
   Mark F. Anderson
3   Kemnitzer, Anderson, Barron, Ogilvie &
   BrewerLLP
4   445 Bush Street, 6th Floor
   San Francisco, CA 9411
5   Phone: (415) 623-3784, ext 101
   Fax: (415) 861-3151
6   email: mark@kabolaw.com
   Attorney for Plaintiff Christine Coleman

7  Dated:  August 7, 2008.

8    /s/ David L. Wallach
   David L. Wallach
   JONES DAY
9   555 California Street, 26th Floor
   San Francisco, CA 94104-1500
10   Phone: (415) 626-3939
   Fax: (415) 875-5700
11   email: dwallach@jonesday.com
   Attorneys for Experian Information Solutions,
12   Inc.

13  Dated August 7, 2008.

   /s/ Donald E. Bradley
14   Musick, Peeler & Garrett LLP
   650 Town Center Drive, Ste 1200
15   Costa Mesa, CA 92626-2447
   Phone: (714) 688-2447
16   Fax: (714) 668-2490
   d.bradley@mpglaw.com
17   Attorneys for Trans Union LLC

18  Dated: August 7, 2008

19    /s/ Michael R. Williams
   Ronald  H. Sargis
20   Hefner, Stark & Marois LLP
   2150 River Plaza Drive, Ste 450
21   Sacramento, CA 95833-3883
   Phone: 916.925.6620
22   Fax: 916.925.1127
   email: mwilliams@hsmlaw.com
23   email: rsargis@hsmlaw.com

24  It is so ordered.

25  Dated: August 8, 2008.

26

27

28

Stip and Order re Expert Deadlines in *Coleman v Trans Union LLC, No* 2:07-cv-02543-GEB KJM            2