Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Christine Coleman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE COLEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**TRANS UNION LLC;**<br>**EXPERIAN INFORMATION SOLUTIONS,**<br>**INC; and**<br>**PIONEER CREDIT RECOVERY, INC.**<br><br>Defendants. | Case No. 07-CV-02543-GEB-KJM<br><br>**STIPULATION & ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: July 28, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & BrewerLLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com
Attorney for Plaintiff Christine Coleman

Dated: July 28, 2008.

/s/ David L. Wallach
David L. Wallach
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Phone: (415) 626-3939

Stip and Order re VDRP in *Coleman v Trans Union LLC, No* 2:07-cv-02543-GEB KJM     1

```
                                        Fax: (415) 875-5700
                                        email: dwallach@jonesday.com
                                        Attorneys for Experian Information Solutions,
                                        Inc.
```

Dated July 28, 2008

```
                                        /s/ Donald E. Bradley
                                        Musick, Peeler & Garrett LLP
                                        650 Town Center Drive, Ste 1200
                                        Costa Mesa, CA 92626-2447
                                        Phone: (714) 688-2447
                                        Fax: (714) 668-2490
                                        d.bradley@mpglaw.com
                                        Attorneys for Trans Union LLC
```

Dated: July 28, 2008.

```
                                        /s/ Michael R. Williams
                                        Ronald H. Sargis
                                        Hefner, Stark & Marois LLP
                                        2150 River Plaza Drive, Ste 450
                                        Sacramento, CA 95833-3883
                                        Phone: 916.925.6620
                                        Fax: 916.925.1127
                                        email: mwilliams@hsmlaw.com
                                        email: rsargis@hsmlaw.com
```

It is so ordered.

8/22/08

_____
GARLAND E. BURRELL, JR.
United States District Judge