1 Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2 445 Bush Street, 6th Floor
San Francisco, CA 94108
3 Ph: (415) 861-2265
Fax: (415) 861-3151
4 mark@kabolaw.com

5 Attorneys for Plaintiff Christine Coleman

6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA

9  | **CHRISTINE COLEMAN,** | ) | Case No. 07-CV-02543-GEB-KJM |
10 |         Plaintiff,      | ) | **STIPULATION & (proposed)** |
   |                         | ) | **ORDER TO MODIFY THE DATES** |
11 |         v.              | ) | **FOR DISCLOSURE OF EXPERTS,** |
   |                         | ) | **DISCOVERY CUT OFF, LAST** |
12 | **TRANS UNION LLC;**    | ) | **HEARING DATE FOR MOTIONS,** |
   | **EXPERIAN INFORMATION SOLUTIONS,** | ) | **& FINAL PRETRIAL** |
13 | **INC; and**            | ) | **CONFERENCE** |
   | **PIONEER CREDIT RECOVERY, INC.** | ) | |
14 |                         | ) | |
   |         Defendants.     | ) | |
15 |                         | ) | |

16    Whereas, the parties are participating in this Court's Voluntary Dispute Resolution Program
17 and attorney Andrew W. Stroud has been appointed mediator,
18    Whereas, the mediator and parties have now set January 13, 2009, as the date for mediation;
19    Whereas, the parties would like more time for events leading up to the trial date of August
20 18, 2009, than what is afforded by the Court's current schedule and would like to avoid the expense
21 of retaining experts prior to the scheduled mediation;
22
23    IT IS HEREBY STIPULATED, that the dates for events in this action may be modified as
24 follows:
25    1. The revised dates for disclosure of experts and submission of their reports shall be
26       February 27, 2009, and the revised date for any rebuttal expert disclosure shall be March
27

Stip and Order Revising Schedule in *Coleman v Trans Union LLC, No* 2:07-cv-02543-GEB KJM     1

30, 2008.

2. The discovery cut off may be changed from January 23, 2009, to April 23, 2009;

3. The last hearing date for motions may be changed from March 23, 2009, at 9:00 AM to May 25, 2009, at 9:00 AM;

4. The Final Pretrial Conference may be changed from May 11, 2009, at 1:30 PM to June 15, 2009, at 1:30 PM.

Dated:  November 19, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com
Attorney for Plaintiff Christine Coleman

Dated:  November 19, 2008.

/s/ Laura Schiesl
Laura Schiesl
JONES DAY
3 Park Plaza, # 1100
Irvine, CA 92614
Phone: (949) 851 3939
Fax: (949) 553 7539
email: lschiesl@jonesday.com
Attorneys for Experian Information Solutions, Inc.

Dated:  November 19, 2008.

/s/ Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Ste 1200
Costa Mesa, CA 92626-2447
Phone: (714) 688-2447
Fax: (714) 668-2490
d.bradley@mpglaw.com
Attorneys for Trans Union LLC

//

//

Dated: November 19, 2008.

        /s/ Michael R. Williams
Michael R. Williams
Hefner, Stark & Marois LLP
2150 River Plaza Drive, Ste 450
Sacramento, CA 95833-3883
Phone: 916.925.6620
Fax: 916.925.1127
email: mwilliams@hsmlaw.com
Attorneys for Pioneer Credit Recovery, Inc.

## ORDER

The parties' stipulation is approved except for the following changes:

The last hearing date for motions is May 18, 2009, at 9:00 AM;

The Final Pretrial Conference is July 13, 2009, at 1:30 PM.

Dated: November 19, 2008       .